SPECIAL INDEMNITY FUND of the State of Oklahoma, administered by the State Insurance Fund, Petitioner,

v.

Floyd N. HULSE and the State Industrial Court of the State of Oklahoma, Respondents.

No. 42243.

Supreme Court of Oklahoma.

Oct. 17, 1967.

Rehearing Denied Feb. 20, 1968.

Sam Hill, Guy A. Secor, Oklahoma City, for petitioner.

E. W. Keller, Oklahoma City, Charles R. Nesbitt, Atty. Gen., for respondents.

BERRY, Justice.

This proceeding involves the identical issue considered in Case No. 42,244, Special Indemnity Fund v. Hulse, Okl., 441 P.2d 366; this day decided. The record discloses no facts which distinguish this case from Hulse, supra, other than that the injury was sustained on February 15, 1958,

and our opinion in that case is determinative of the issues presented herein.

Order vacated.

All Justices concur.